UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
JOSEF VOLMAN,                                               :
                                Plaintiff,           :
:         21 Civ. 9502 (LGS)
                 -against-                          :
:         <u>ORDER</u>
JOS CONCEPT, LLC, et al.,                                   :
                              Defendants.          :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated December 1, 2021, required the parties to file a proposed case management plan and joint letter by January 12, 2022 at noon;

      WHEREAS, Defendants have not appeared, and Plaintiff has not filed proof of service on the docket;

      WHEREAS, the parties failed to timely submit the joint letter and proposed case management plan.  It is hereby

      **ORDERED** that if Plaintiff has been in communication with Defendants, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **January 14, 2022, at noon**.  If Plaintiff has not been in communication with Defendants, Plaintiff shall file a status letter regarding his efforts to serve Defendants and request an adjournment of the initial conference as soon as possible and no later than **June 14, 2022, at noon**.

Dated: January 12, 2022
       New York, New York

                                                             **LORNA G. SCHOFIELD**
                                                              **UNITED STATES DISTRICT JUDGE**