Jeremy M. Ancelson P.C.
Jeremy Mark Ancelson
(516) 820-3707
345 East 80th Street, Ste. 17A
New York, NY 10075
jancelson@ancelsonlaw.com

---

January 13, 2022

Hon. Judge Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

RE:   Volman v. JOS Concept, LLC et al
       **CIVIL DOCKET FOR CASE #: 1:21-cv-09502-LGS**

Dear Judge Schofield:

The undersigned represents Josef Volman, the plaintiff in the above-referenced matter. I write to respectfully request an adjournment of the January 19, 2022 Initial Pretrial Conference due to the defendants' default. This is plaintiff's first request for an adjournment of the Pretrial Conference.

The defendants were served through the Secretary of State on December 14th, 2021 and December 15th, 2021. To date, the defendants have not yet appeared, answered, or otherwise moved or communicated with my office. The Department of State is currently experiencing delays due to the COVID-19 pandemic and plaintiff is therefore inclined to extend to defendants an additional 30 days to appear, however, plaintiff can commence default proceedings if that is the Court's preference.

Thank you for your time and consideration on this matter.

Application GRANTED. The initial pretrial conference scheduled for January 19, 2022, is adjourned to **February 23, 2022, at 4:20 p.m.** The parties shall file their joint letter and proposed case management plan by **February 16, 2022, at noon**. If Plaintiff is not in contact with Defendants at that time, Plaintiff shall file a request to adjourn the conference and propose a date for presenting a proposed order to show cause for default judgment and related papers as required by the Court's Individual Rules.

Respectfully,

/S/ Jeremy Mark Ancelson

Dated: January 14, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE