UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEF VOLMAN,
                              Plaintiff,

                              21 Civ. 9502 (LGS)

          -against-

                              ORDER

JOS CONCEPT, LLC, et al.,

                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order, dated January 14, 2022, required either (1) the parties to file a proposed joint letter and case management plan by February 16, 2022, at noon, or, (2) if Plaintiff is not in contact with Defendants at that time, Plaintiff to file a request to adjourn the conference and propose a date for presenting a proposed order to show cause for default judgment and related papers as required by the Court's Individual Rules;

      WHEREAS, the parties failed to file the joint letter and proposed case management plan, and Plaintiff has not filed a request for an adjournment. It is hereby

      **ORDERED** that the parties shall file the joint letter and proposed case management plan or Plaintiff shall file the request for an adjournment by **February 18, 2022, at noon**. Failure to comply with Court-ordered deadlines may result in sanctions, including dismissal for failure to prosecute.

Dated: February 16, 2022
       New York, New York

                                                    LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE