UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
JOSEF VOLMAN,                                                 :
                                                              :
                              Plaintiffs,                     :     21 Civ. 9502 (LGS)
                                                              :
                -against-                                     :     ORDER
                                                              :
JOS CONCEPT, LLC, ET AL.,                                     :
                                                              :
                              Defendants.                     :
------------------------------------------------------------- :
                                                              X

LORNA G. SCHOFIELD, District Judge:

    The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order. Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis. Any pending motions are DENIED as moot, and all conferences are CANCELED.

Dated: February 17, 2022
      New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE